# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VENITRA DUKES,

        Plaintiff,

v.                                     Case No:   6:21-cv-1342-GAP-DAB

LVNV FUNDING, LLC,

        Defendant

_____

## ORDER

This matter is before the Court to consider the Report and Recommendation of Magistrate Judge Bremer (Doc. No. 48) recommending that Defendant's Motion for Attorney Fees (Doc. No. 36) be granted in part.   No objections have been filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation is confirmed and adopted as part of this order.   Defendant's Motion for Attorney Fees (Doc. No. 36) is **GRANTED** in part.   As recommended by Magistrate Judge Bremer, I find that the conduct of Credit Repair Lawyers of America ("CRLA") was vexatious and unreasonable after July 11, 2022.   Accordingly, Defendant is entitled to an award of attorney fees under 28 U.S.C. § 1927 for legal services rendered after that date.

Defendant shall file its application for attorney fees with supporting documentation by April 5, 2023.   CRLA may respond by April 20, 2023.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 20, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party