**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VENITRA DUKES,

    Plaintiff,

v.                                          Case No:   6:21-cv-1342-GAP-EJK

LVNV FUNDING, LLC,

    Defendant

**ORDER**

This cause comes before the Court on Defendant's Supplemental Motion for Attorney's Fees and Incorporated Memorandum of Law in Support (Doc. No. 53) filed April 5, 2023; Plaintiff's Response (Doc. No. 55) filed April 20, 2023, and Defendant's Reply (Doc. No. 58).

On May 19, 2023, the United States Magistrate Judge issued a report (Doc. No. 59) recommending that the motion be granted in part and denied in part. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Supplemental Motion for Attorney's Fees and Incorporated Memorandum of Law in Support is **GRANTED IN PART AND DENIED IN PART**.

3. Defendant is awarded attorney's fees against Credit Repair Lawyers of America (CRLA) in the amount of $24,397.00.   Clerk is directed to enter judgment on attorney's fees in favor of the defendant against Credit Repair Lawyers of America (CRLA) in that amount.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 5, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party